# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE | ) |
| INSURANCE COMPANY | ) |
|                         Plaintiff, | ) |
| | ) |
|           v. | )   Case No. 10-cv-3848(ILG)(RML) |
| | )   Judge I. Leo Glasser |
| JOHN MCGEE, et al. | )   Mag. Judge Robert M. Levy |
| | ) |
|                  Defendants. | ) |

## [PROPOSED] ORDER

This matter having come before the Court on September 20, 2012 for hearing, IT IS

HEREBY ORDERED THAT:

1.     The schedule is this matter is amended as follows:

**November 6, 2012**   Deadline for amendment of pleadings and joinder of additional parties

**December 15, 2012**  Fact Discovery Cut-Off

**January 31, 2013**    Plaintiff's Expert Disclosures Due

**February 28, 2013**  Expert Rebuttal Reports Due

**May 30, 2013**       Expert Discovery Cut-Off

**June 30, 2013**      Dispositive Motions Deadline

2.     In the event State Farm seeks to amend the complaint on or before November 6,

2012, the following schedule will apply:

**November 6, 2012**   State Farm will circulate its proposed amended complaint to Defendants by this date

**November 13, 2012**  Defendants must advise State Farm in writing of any objection to the filing of an amended complaint by this date

**November 20, 2012**  In the event any Defendant notifies State Farm of an objection to the proposed amended complaint, State Farm must file a motion

for leave to amend the complaint by this date.  Alternatively, if no Defendant has objected in writing to the amended complaint by November 13, 2012, State Farm is granted leave to file its amended complaint on or before November 20, 2012.

**December 7, 2012**   Defendants' responses to State Farm's motion for leave to amend its complaint must be filed by this date.

**December 14, 2012**   State Farm's reply in support of its motion for leave to amend its complaint must be filed by this date.

3.      If State Farm amends its complaint and any new parties are joined, State Farm will make available to any such new parties, at State Farm's cost, copies of any written discovery responses or documents produced by State Farm, any Defendant, or any third-parties in this matter, as well as copies of any deposition transcripts and video and audio recordings of such depositions that have been taken in this lawsuit through the date of amendment.  State Farm will copy current Defendants' counsel on any correspondence it sends to new parties enclosing such discovery.

4.      If State Farm amends its complaint and any new parties are joined, there may be no duplication of questions previously asked in interrogatories, document requests, or in depositions.

5.      The status hearing currently set for November 9, 2012 is vacated and re-set to January 10, 2013 at 3:00 p.m. EST.  State Farm will circulate a call-in number to the Court and all counsel of record in advance of that hearing.

Dated:  September 28, 2012                    Respectfully submitted,

                                                              **Katten Muchin Rosenman LLP**

                                                              __/s/Emily J. Prentice_____
                                                              By:  Emily J. Prentice
                                                              525 W. Monroe St.
                                                              Chicago, IL  60661
                                                              (312) 902-5232
                                                              Fax:  (312) 902-1061

Email: emily.prentice@kattenlaw.com
*Counsel for Plaintiff*

**Blodnick Fazio & Associates**

___/s/Steven R. Talan_____
By:  Steven R. Talan
1325 Franklin Avenue, Suite 555
Garden City, NY  11530
(516) 280-7102
Fax:  (516) 280-7102
Email:  stalan@blodnickfaziolaw.com
*Counsel for McGee and the PC Defendants*

**Eugene F. Levy**

___/s/Eugene F. Levy_____
118-35 Queens Blvd.
Suite 1515, 15th Floor
Kew Gardens, NY  11375
(718) 261-7900
Fax:  (718) 544-5703
Email:  efl777@aol.com
*Counsel for the Paez defendants*

**Medina, Torrey, Mamo & Camacho PC**

___/s/Anthony John Mamo, Jr._____
By:  Anthony John Mamo, Jr.
MEDINA, TORREY, MAMO & CAMACHO PC
95 Beekman Avenue
Tarrytown, NY
(914) 631-5050
Fax:  (914) 703-6466
Email:  mamolaw@aol.com
*Counsel for the Romero defendants*

September ___, 2012                    Entered by:_____
                                                          Hon. Robert M. Levy

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.


_____/s/ Emily J. Prentice_____
Attorney for Plaintiff